IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | 1:22-CV-915 |
| AMY MCRAE and RICHARD MCRAE, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

For the reasons set forth in the Order filed contemporaneously with this Judgment, it is hereby **ORDERED, ADJUDGED, and DECLARED** that:

1. The plaintiff's motion for summary judgment, Doc. 30, is **GRANTED.**

2. The insurance policy issued to Richard and Amy McRae on a 42 2017 Yellowfin boat, Doc. 1-2, is rescinded and void, the relationship of insurer and insured does not exist between the parties, and the policy does not afford coverage for damages to the 2017 Yellowfin arising out of a June 11, 2022, incident.

3. This constitutes a final judgment in favor of the plaintiff.

This the 22nd day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE